UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No.: 09-32305

Pioneer 74 Lots, LLC

_____Debtor(s)_____/

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheet, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtors filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: __08-20-2009__

                                   /S/ Guy A. Odom, Jr.
                                   Signature of Debtors Attorney or Pro Per Debtor

1

Asians.com Realty
801 Kearny Street
San Francisco, CA 94108


Buckley Real Estate, inc.
2277 Jerrold Avenue
San Francisco, CA 94124


Clara Yue
1225 Kirkham Street
San Francisco, CA 94122


Countrywide Home Loans
Av-36 PO Box 10219
Van Nuys, CA 91410


Cournale & Co.
4630 Geary Boulevard
San Francisco, CA 94118-2934 US


Dennis Yan, attorney-at-law
805 Kearny Street
San Francisco, CA 94108


Jems Investments
9171 Cantina court
Las Vegas, NV 89178


Joanne Eng
9171 Cantina court
Las Vegas, NV 89178


One Stop Delivery, Inc.
803 Kearny Street
San Francisco, CA 94108


Paul Kan
700 Vista Hill Terrace
Fremont, CA 94539


Peninsula Mandalay Homeowners Association
C/o Titan Management Group
PO Box 77045
San Francisco, CA 94107

Stephen S. Leung and Helena S. Leung,
As trustees Stephen s. Leung and Helena
S. Leung 2000 Revocable Trust, dated
December 24, 2000
693 25th Avenue
San Francisco, CA 94121


WAMU
939 Lombard Street
San Francisco, CA 94133


WAMU/Chase Bank
1111 Polaris Parkway
Columbus, OH 43240


Washington Mutual Bank, CA, a federal association
400 East Main Street
Stockton, CA 95290


Wayne Eng
9081 West Sahara Avenue, #100
Las Vegas, NV 89117


White Snow Corporation, et al
801 Kearny Street
San Francisco, CA 94108


3