## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, <u>Martin Eng</u>, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing SUMMARY OF SCHEDULES AND SCHEDULES A – H (exclusive of Schedule C) consisting of fourteen (14) sheets. Because of the present unavailability of information and documentation needed to assure the accuracy and completeness of this summary and these schedules, I can not at this time declare under penalty of perjury that they are, in fact, true and correct, but they are true and correct to the best of my information, documentation and belief at this time.

Date: _____10-09-2009_____

                                  Signature: /S/ Martin Eng_____

                                  /S/ Martin Eng, Chief Executive Officer_____
                                  (Print Name and Title)