Guy A. Odom, Jr. (SBN77618)
Odom Law Offices
800 W. El Camino Real, Suite 180
Mountain View, CA 94040
Telephone No.: (650) 965-4400
Facsimile No.: (650) 965-9894
Email Address: odomlawoffices@aol.com

Attorney for Debtor, Pioneer 74 Lots, LLC


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA


In re                                          )          Case No. 09-32305
                                               )
        Pioneer 74 Lots, LLC,                  )
                                               )
_____Debtor._____)

**DECLARATION RE ACCURAY AND COMPLETENESS OF SCHEDULES, STATEMENTS, ETC. FILED TO DATE IN THIS CASE**

      I, Martin Eng, declare that –

      1.  I am the Chief Executive Officer of debtor, Pioneer 74 Lots, LLC.

      2.  A substantial portion of the information and documentation I need to complete the schedules and statements, etc. required to be filed in this case is unavailable; some unavailable because no such records were ever kept and some because the records were confiscated by the DEA in their investigation of the growing of marijuana on government property and my land in Pioneer, CA unbeknownst to me.  While I am neither a suspect nor person of interest in their investigation, they did cease records from me, including the record of debtor that I need to complete schedules, statements, etc.

Case: 09-32305   Doc# 46   Filed: 10/10/09   Entered: 10/10/09 15:18:02   Page 1 of 2

1    3.  The result of the missing information and records is that I

2 am not at this time in a position to assure the accuracy and completeness of

3 the schedules, statements I have prepared and filed in this case.

4    4.  With the assistance of my counsel, I am attempting to obtain

5 the return or records confiscated, find lost records and compile and

6 documents information and records not kept by debtor prior to the filing of

7 this case.

8    5.  My intent is to (and I will) amend all of the schedules,

9 statements, etc, filed herein to date accordingly once missing information

10 and records are obtained.

11    I, Martin Eng, the president of the corporation named as the debtor in

12 this case, declare under penalty of perjury that I have read the foregoing

13 declaration and that it is true and correct to the best of my information

14 and belief.

15 Date:  _____10-09-2009_____

16                          /S/ _____Martin Eng_____
                                      (Signature)

17

18                          Martin Eng, Chief Executive Officer
                                    (Print Name and Title)

19

20

21

22

23

24

25

26