

Signed and Filed: April 27, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

MELODIE A. WHITSON (CA SBN 253093)
CASPER J. RANKIN (CA SBN 249196)
ANNE W. HAMANN (CA SBN 254327)
PAUL OUDOM (CA SBN 237672)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PIONEER 74 LOTS, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-32305-TEC<br><br>Chapter 7<br><br>R.S. No. KLJ-1085<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: March 22, 2010<br>TIME: 1:00pm<br>CTRM: 22<br><br>Northern District of California - San Francisco Division<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on March 22, 2010, at 1:00 PM, in Courtroom 22, the Motion of JPMorgan Chase Bank, National Association ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Pioneer 74 Lots, LLC ("Debtor") commonly known as 818- 820 Green Street, San Francisco, California 94133 (the "Real Property"), which is legally described as follows:

/./././

- 1 -

> Beginning at a point on the northerly line of Green Street, distant thereon 68 feet and 9 inches westerly from the westerly line of Mason Street; running thence westerly along said line of Green Street 24 feet; thence at a right angle northerly 68 feet and 9 inches; thence at a right angle easterly 24 feet; thence at a right angle southerly 68 feet and 9 inches to the point of beginning.
>
> Being a portion of 50 Vara Block No. 182.
>
> Assessor's Lot 11, Block 119

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated, effective June 1, 2010, as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

** END OF ORDER **

**COURT SERVICE LIST**

Pioneer 74 Lots, LLC
801 Kearny Street
San Francisco, CA 94108

Martin Eng
Chief Executive Officer
Pioneer 74 Lots, LLC
801 Kearny St
San Francisco, CA 94108

Guy A. Odom, Jr.
Law Offices of Guy A. Odom Jr.
800 W. El Camino Real #180
Moutain View, CA 94040

Cournale & Co.
4630 Geary Blvd
San Francisco, CA 94118-2934

Wayne Eng
9081 W Sahara Ave No 100
Las Vegas, NV 89117

Stephen S Leung & Helena S Leung
693 25th Ave,
San Francisco, CA 94121

Dennis Yan, Esq.
805 Kearny St.
San Francisco. CA 94108

Asians.com Realty
801 Kearny St
San Francisco, CA 94108

Cheuk Tin Yan
1433 7th Ave
San Francisco, CA 94122

Joanne Eng
818-820 Green St
San Francisco, CA 94133