# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Pioneer 74 Lots, LLC | Case No.: 09–32305 TEC 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 3/9/11

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge