# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: rwong | Date Created: 3/9/2011 |
| Case: 09−32305 | Form ID: FIND | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Janina M. Hoskins | jmelder7@aol.com |
| aty | Guy A. Odom, Jr. | odomlawoffices@aol.com |
| aty | Minnie Loo | minnie.loo@usdoj.gov |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Pioneer 74 Lots, LLC | 801 Kearny Street | San Francisco, CA 94108 |

TOTAL: 1